AO 91 (REV.5/85) Criminal Complaint

AUSA Steven A. Block 312-886-7647

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

EDWARD EASON

**CRIMINAL COMPLAINT**

CASE NUMBER:

**08CR 0139**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about November 29, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, EDWARD EASON, defendant herein,

did, by force and violence, and by intimidation, take from the person and presence of another, approximately $2,970 in United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Charter One Bank, 10200 South Ewing Avenue, Chicago, Illinois, whose deposits were then insured by the Federal Deposit Insurance Corporation,

in violation of Title 18, United States Code, Section 2113(a). I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
GARRETT H. CROON
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

February 16, 2008           at  Chicago, Illinois
Date                            City and State

Signature of Judicial Officer

MARIA VALDEZ U.S. Magistrate Judge
Name & Title of Judicial Officer

**FILED**

FEB 16 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

State of Illinois )
)
County of Cook )

## AFFIDAVIT

I, GARRETT H. CROON, first being duly sworn, state the following under oath:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been a Special Agent for four and a half years. I have been assigned to the FBI's Violent Crimes Task Force for approximately two years conducting investigations of bank robberies, kidnappings, extortion and other violent crimes. I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18.

### Introduction

2. I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read, and conversations I have had with others who have personal knowledge of the events and circumstances described herein.

3. The information provided below is for the limited purpose of establishing probable cause to believe that on November 29, 2007, EDWARD EASON did, by force and violence, and by intimidation, take from the person and presence of a bank employee, approximately $2,970 belonging to and in the care, custody, control, management, and possession of the Charter One Bank, 10200 South Ewing Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

4. Because the information outlined below is provided for the limited purpose of establishing probable cause, it does not contain all details or all facts of which I am aware relating to this investigation.

1

## Offense Conduct

5. On November 29, 2007, Teller A was standing behind the teller counter at Charter One Bank, 10200 South Ewing Avenue, Chicago, Illinois, when a man, later identified as EDWARD EASON, entered the bank. EASON walked directly to the teller counter and pulled out a piece of paper and handed it to Teller A. Teller A read the note which stated in essence, "HURRY give me all your 100's or i'll shoot." EASON told Teller A to hurry. EASON then lifted up his suit coat and showed TELLER A what appeared to Teller A to be the handle of a gun in his waistband. Teller A grabbed United States Currency from both drawers and handed it to EASON. EASON took the money, winked at Teller A, and walked out of the bank. EASON then walked westbound on South Ewing Avenue.

6. On or about December 12, 2007, the FBI released to the media surveillance photographs from the November 29, 2007 robbery of the Charter One Bank. The photographs appeared on television as well as in newspapers in the Chicago area. On or about February 13, 2008, these photographs, as well as photographs from a January 25, 2008 robbery of Chicago Community Bank, 11157 South Ewing Avenue, Chicago, Illinois were aired on local television in Northern Indiana and distributed to Northern Indiana newspapers.

7. On or about February 14, 2008, a person ("Individual A") telephoned the Chicago Division of the FBI to report that he/she recognized the picture of the robber that had been released to the media on February 13, 2008. Individual A identified the robber as EASON. Individual A stated that he/she knew EASON from employment at the same company. Individual A provided the FBI with EASON's date of birth.

8. On or about February 14, 2008, a second caller, ("Individual B"), separately telephoned the FBI and identified the individual in the photographs released by the FBI to the media on February 13, 2008 as "ED." Individual B identified the company where "ED" worked. Individual B stated that he/she knew "ED" from work.

9. The FBI obtained a known photograph of EASON and compared it to the surveillance photos from the November 29, 2007 Charter One Bank robbery. The FBI agent who performed the comparison determined that the EASON photo closely resembled the robber in the November 29, 2007 photographs.

10. Affiant compiled and showed a photo array containing photographs of six black males including the known photograph of EDWARD EASON to Teller A from Charter One Bank. Teller A immediately identified the photograph of EASON as being the bank robber.

11. On February 15, 2008, agents presented one of EASON'S relatives, Individual C, with surveillance photographs from the November 29, 2007 Charter One Bank robbery. Individual C immediately identified the man in the photographs as EASON.

12. On February 16, 2008, after being advised of and waiving his Miranda rights, EASON signed and dated the November 29, 2007 surveillance photographs from the Charter One bank robbery to indicate his agreement that he was the robber depicted in the photographs.

13. I have confirmed that on November 29, 2007, the deposits of the Charter One Bank located at 10200 South Ewing Avenue, Chicago, Illinois were then insured by the Federal Deposit Insurance Corporation.

14. I have confirmed that approximately $2,970 in proceeds of the Charter One Bank were taken during the robbery on November 29, 2007.

**Conclusion**

15. Based on the facts set forth above, I believe that there is probable cause to believe that EDWARD EASON did, by force and violence, and by intimidation, take from the person and presence of bank employees, approximately $2,970 belonging to and in the care, custody, control, management, and possession of Charter One Bank, 10200 South Ewing Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation

3

of Title 18, United States Code, Section 2113(a).

Further Affiant sayeth not.

                                                   GARRETT H. CROON
                                                   Special Agent
                                                   Federal Bureau of Investigation

Subscribed and sworn to before me
this 16th day of February, 2008

MARIA VALDEZ
U.S. Magistrate Judge

4