## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 139 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Edward Eason | | |

**DOCKET ENTRY TEXT**

Preliminary examination held on 2/21/2008 as to Edward Eason. Defendants waive their right to a preliminary examination hearing. Enter a finding of probable cause, order defendants bound to the District Court for further proceedings. Court recommends that a Medical Practitioner be available in the facility where defendant is housed for evaluation on all medical issues.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|