# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 139 - 1 | **DATE** | 3/14/2008 |
| **CASE TITLE** |  | USA vs. Edward Eason | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to return indictment or to file an information [8] granted. IT IS HEREBY ORDERED that the time within which to file an indictment against the defendant be extended from march 16, 2008 up to and including April 17, 2008. Enter Order. Order excludable time to begin pursuant to 18:3161(h)(8)(A)(B). (X-T)

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|