

F I L E D
APR 1 6 2008 T C
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE MORAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 139 |
| | ) | |
| v. | ) | Violation: Title 18, United |
| | ) | States Code, Section 2113(a) |
| EDWARD EASON | ) | |

**COUNT ONE**

MAGISTRATE JUDGE VALDEZ

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about November 15, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

EDWARD EASON,

defendant herein, by force and violence, and by intimidation, took from the person and presence of a bank employee approximately $3,700 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the LaSalle Bank located at 7131 South Stony Island, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

**COUNT TWO**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about November 29, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

EDWARD EASON,

defendant herein, by force and violence, and by intimidation, took from the person and presence of a bank employee approximately $2,970 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Charter One Bank, located at 10200 South Ewing Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## **COUNT THREE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about December 11, 2007, at Calumet City, in the Northern District of Illinois, Eastern Division,

### EDWARD EASON,

defendant herein, by force and violence, and by intimidation, took from the person and presence of a bank employee approximately $12,200 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Chase Bank, located at 1783 River Oaks Drive, Calumet City, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about January 25, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

EDWARD EASON,

defendant herein, by force and violence, and by intimidation, took from the person and presence of a bank employee approximately $710 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Chicago Community Bank, located at 11157 South Ewing, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

**COUNT FIVE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about February 15, 2008, at Homewood, in the Northern District of Illinois, Eastern Division,

EDWARD EASON,

defendant herein, by force and violence, and by intimidation, took from the person and presence of a bank employee approximately $3,220 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the TCF Bank, located at 7830 Halsted, Homewood, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY