## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 139 | **DATE** | 4/22/2008 |
| **CASE TITLE** |  | USA vs. EDWARD EASON | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts of the indictment. 16.1(A) conference to be held by 4/28/2008. Pretrial motions to be filed by 5/12/2008. Government's answer to pretrial motions to be filed by 5/19/2008. Reply to answer to be filed by 5/27/2008. Status hearing is set for 5/29/2008 at 9:15 a.m. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 4/22/2008 and ending on 5/29/2008. (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|