UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                        Case No.: 1:08−cr−00139
                                            Honorable James B. Moran

Edward Eason
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable James B. Moran as to Edward Eason:Status hearing held on 6/4/2008 and continued to 6/12/2008 at 09:15 AM. Court requests that Federal Defender Program appoint another attorney for defendant Edward Eason. Present attorney Imani Chiphe is directed to be present at next set status hearing. Time is excluded pursuant to 18:3161(h)(8)(A)(B) beginning on 6/4/2008 and ending on 7/22/2008. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.