## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                     Case No.: 1:08−cr−00139
                                                    Honorable James B. Moran

Edward Eason

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable James B. Moran as to Edward Eason:Status hearing held on 6/12/2008 and continued to 7/10/2008 at 09:15 AM. as to Edward Eason. Court's order of 6/4/2008 requesting that Federal Defender Program appoint another attorney for defendant is vacated. Parties agreed that appointed attorney Imani Chiphe would continue to represent defendant. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 6/12/2008 and ending on 7/10/2008. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.